USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/02/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIELINSKI,

                 Plaintiff,

        -against-

SMITH, *et al*,

                Defendants.

26-CV-2521 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Plaintiff, proceeding *pro se,* has filed a Motion for Preliminary Injunction and Ex Parte Application for a Temporary Restraining Order requesting preliminary injunctive relief. (ECF No. 4.) To obtain such relief, Plaintiff must show: (1) that he is likely to suffer irreparable harm and (2) either (a) a likelihood of success on the merits of his case or (b) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in his favor. *See UBS Fin. Servs., Inc. v. W.V. Univ. Hosps., Inc.*, 660 F.3d 643, 648 (2d Cir. 2011) (citation and internal quotation marks omitted); *Wright v. Giuliani*, 230 F.3d 543, 547 (2d Cir. 2000). Preliminary injunctive relief "is an extraordinary and drastic remedy, one that should not be granted unless the movant, by a clear showing, carries the burden of persuasion." *Moore v. Consol. Edison Co. of N.Y., Inc.*, 409 F.3d 506, 510 (2d Cir. 2005) (internal quotation marks and citation omitted).

Plaintiff's submissions do not demonstrate: (1) a likelihood of success on the merits, or (2) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in his favor. Accordingly, Plaintiff's request for an order to show cause (ECF No. 4) is denied without prejudice.

**CONCLUSION**

Plaintiff's request for an order to show cause (ECF No. 4) is denied.  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).  The Clerk of Court is also directed to terminate the motion at ECF No. 4.

SO ORDERED.

Dated:   April 2, 2026
         White Plains, New York

_____
NELSON S. ROMÁN
Chief United States District Judge

2