USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/02/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY ZIELINSKI,

                Plaintiff,

      -against-

BETSY SMITH, *et al*.,

            Defendants.

26-CV-2521 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action, and on April 1, 2026, the Clerk of Court issued summonses for Defendants.  Plaintiff is directed to effect service on each Defendant within 90 days of the date of issuance of each summons.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.  The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF and to show service on the docket.

SO ORDERED.

Dated:    April 2, 2026
           White Plains, New York

                                       NELSON S. ROMÁN
                              United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summonses in this case were not issued when Plaintiff filed the complaint because he had not paid the filing fees or submitted an *in forma pauperis* application, and because the action was subject to screening, 28 U.S.C. §§ 1915(e)(2)(B), 1915A. The Court therefore extends the time to serve until 90 days after the date the summonses issued.